IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND
FOR HIGHLANDS COUNTY, FLORIDA

CASE NO:

11-332 GCS

FLA BAR NO: 347681

MICHAEL LORD,

    Plaintiff,

VS.

DISCOUNT TROPHY &
COMPANY, INC.

    Defendant.
_____/

SERVED 6/16/20 AT __ __ M
DONALD W. FLEMING, SHERIFF
FLAGLER COUNTY, FLORIDA
BY_____
DEPUTY SHERIFF
A TRUE COPY
JUDICIAL PROCESS DIVISION

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint, interrogatories, request to produce and notice of taking deposition in this action on defendant

**DISCOUNT TROPHY & COMPANY, INC.**

By serving      **Christopher Smith, Registered Agent**
                     **64 Hargrove Grade**
                     **Palm Coast, FL 32137**

Each defendant is required to serve written defenses to the complaint on:
    FRED L. FULMER, ESQUIRE, plaintiff's attorney, whose address is:

        Law Offices of Fred Land Fulmer, P.A.
        Galleria Corporate Centre, Suite 1216
        2455 East Sunrise Boulevard
        Fort Lauderdale, Florida 33304

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

WITNESS my hand and the Seal of said Court

ROBERT W. GERMAINE
As Clerk of said Court

By_____
    As Deputy Clerk

**EXHIBIT "B"**