IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-14250-KMM

MICHAEL LORD,

    Plaintiff,

vs.

DISCOUNT TROPHY & COMPANY, INC.,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR EQUITABLE DISTRIBUTION

THIS CAUSE came before the Court upon Plaintiff Michael Lord's Motion for Equitable Distribution (ECF No. 19). Liberty Mutual Insurance Company filed a Response (ECF No. 25). Lord filed a Reply (ECF No. 26). This Motion is now ripe for review.

UPON CONSIDERATION of the Motion, the Response, the Reply, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following Order.

Lord moves for equitable distribution of the proceeds of a settlement between him and Defendant Discount Trophy & Company, Inc. Prior to Lord's motion, non-party Liberty Mutual Insurance Company ("Liberty Mutual") filed a Notice of Wokers' Compensation Lien and Notice of Continuing Payment of Compensation and Medical Benefits in this case (ECF No. 15). Liberty Mutual now opposes any equitable distribution of settlement proceeds by this Court.

"A civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States." 28 U.S.C. § 1445(c). Under § 1445(c), a district court lacks subject-matter jurisdiction to review a claim arising out of state workers' compensation laws. Alansari v. Tropic Star Seafood Inc., 388 Fed. Appx. 902,

905 (11th Cir. 2010) (citing Reed v. Heil Co., 206 F.3d 1055, 1060-61 (11th Cir. 2000)).

Liberty Mutual has provided payment of workers' compensation benefits and filed its lien in an effort to recoup those benefits if any damages were awarded to Lord in this case. The dispute between Lord and Liberty Mutual therefore arises from a workers' compensation claim, and this Court lacks jurisdiction to decide the matter, pursuant to the limitation on this Court's jurisdiction imposed by § 1445(c).

Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Equitable Distribution is DISMISSED for Lack of Subject Matter Jurisdiction.

The Clerk of the Court is instructed to CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of February, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
    John D. Kolb
    Attorney for Liberty Mutual Insurance Company
    Gibson & Sharps, PSC
    9490 Bunsen Parkway, Suite 250
    Louisville, Kentucky 40223